

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LISA M. RICHARDSON
Assistant Corporation Counsel
phone: (212) 442-0832
fax: (212) 788-9776
email: lrichard@law.nyc.gov

July 10, 2012

BY ECF
Honorable Allyne B. Ross
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Sidney Mitchell v. City of New York, et al., 10 CV 45 (ARR)(LB)

Dear Judge Ross:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case. I am writing to inform the Court that the parties have reached a settlement agreement in this matter. The Stipulation of Settlement and Order of Dismissal will be filed for the Court's endorsement as soon as this office receives it fully executed from plaintiff.

        Thank you for your consideration in this regard.

Respectfully submitted,

*/s/ Lisa Richardson*

Lisa M. Richardson
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    BY ECF
       Michael P. Mangan, Esq.
       *Attorney for Plaintiff*
       160 Pearl Street
       New York, New York 10005